DRACHMAN, Respondent, v. NEW YORK & N. J. INV. CO., Appellant.

(Common Pleas of New York City and County, General Term. April 25, 1894.)

Appeal from first district court.
Action by Louis Drachman against the New York and New Jersey Investment Company.
Argued before BOOKSTAVER and BISCHOFF, JJ.
Fromme Bros., for appellant.
T. A. Drachman, for respondent.
No opinion. Judgment affirmed, with costs.

---

KEMMELHOR, Respondent, v. COHEN, Appellant.

(Common Pleas of New York City and County, General Term. April 25, 1894.)

Appeal from fourth district court.
Action by Lewis Kemmelhor against Isaac Cohen.
Argued before BOOKSTAVER and BISCHOFF, JJ.

Otto Irving Wise, for appellant.
Douglass & Minton, for respondent.

PER CURIAM. The burden of showing error is on the appellant. It does not appear that the motion to amend the complaint was granted, or that the judgment was not rendered on the original cause of action. There is evidence sufficient to warrant the justice in finding as he did in that cause of action. The judgment should therefore be affirmed, with costs.

---

BOLTANSKY et al., Appellants, v. STERN, Respondent.

(Common Pleas of New York City and County, General Term. April 26, 1894.)

Appeal from fifth district court.
Action by Joseph Boltansky and another against Anna Stern.
Argued before BOOKSTAVER and BISCHOFF, JJ.
E. T. Goldberg, for appellants.
E. F. Stern, for respondent.
No opinion. Judgment affirmed, with costs.

---

PARMLEE, Respondent, v. ASSOCIATED PHYSICIANS & SURGEONS, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1894.)

Appeal from sixth district court.
Action by Samuel B. Parmlee against the Associated Physicians & Surgeons.
Argued before BOOKSTAVER and BISCHOFF, JJ.

W. M. Adee, for appellant..
D. B. Simpson, for respondent.

BOOKSTAVER, J. We think the judgment should be reversed and a new trial ordered, on the authority of Bohm v. Brewery Co., 9 N. Y. Supp. 514; Rathbun v. Snow, 3 N. Y. Supp. 925, affirmed 123 N. Y. 343, 25 N. E. 379; and Westervelt v. Radde, 7 Daly, 326; costs to appellant, to abide the event.